# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form32instructions.pdf*

**9th Cir. Case Number(s)** 22-55293

**Case Name** Robert Bezzina v. United Airlines, Inc.

**Hearing Location (*city*)** Pasadena

**Your Name** Janet Gusdorff

List the sitting dates for the three sitting months you were asked to review:

June 5-9, 12-16, 26-30; July 10-14, 17-21; August 14-18, 21-25, 2023.

Do you have an unresolvable conflict on any of the above dates?  ☉ Yes  ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

June 26-30, 2023 I will be out of town on pre-paid, non-refundable family vacation

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes  ☉ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/ Janet Gusdorff   **Date** 2-27-2023

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32**  *New 12/01/2018*