# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form32instructions.pdf*

**9th Cir. Case Number(s)** 22-55293

**Case Name** Robert Bezzina v. United Airlines, Inc., et al.

**Hearing Location** (*city*) Pasadena

**Your Name** Janet Gusdorff

List the sitting dates for the three sitting months you were asked to review:

July 10-14, 2023; July 17-21, 2023; August 14-18, 2023; August 21-25, 2023; September 11-15, 2023

Do you have an unresolvable conflict on any of the above dates?  ⊙ Yes   ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

July 21, 2023 - I have a doctor's appointment with a specialist that I have been waiting 6 months to see.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes   ⊙ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/ Janet Gusdorff      **Date** 4-5-2023

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 32**                                                                                   New 12/01/2018